UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DEVIN JEFFERSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 22-cv-1407-pp

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the petitioner's motion to vacate, set aside or correct sentence, filed under 28 U.S.C. §2255, is **DENIED**.

    **THE COURT DECLINES** to issue a certificate of appealability.

    **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 29th day of December, 2022.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk